STARK COUNTY BAR ASSOCIATION *v.* MARK, A.K.A. MARKE.

[Cite as *Stark Cty. Bar Assn. v. Mark* (2000), 90 Ohio St.3d 397.]

(No. 00–783—Submitted July 6, 2000—Decided December 13, 2000.)

*Robert Daane* and *William W. Emley, Sr.*, for relator.

---

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.